UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Catherine Esteppe, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br><br>Ideal Image Development Corp. and Ideal Image of Georgia, LLC, *doing business as* "Ideal Image,"<br><br>Defendants. | Civil Case No.: 1:18-cv-05756-CAP |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action with prejudice.

RESPECTFULLY SUBMITTED,

By: /s/ Nicholas Conlon
Nicholas Conlon
Jason T. Brown
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
nicholasconlon@jtblawgroup.com
jtb@jtblawgroup.com

*Lead Attorneys for Plaintiff*

Roger W. Orlando
(GA Bar ID: 554295)
THE ORLANDO FIRM, P.C.
Suite 400
315 West Ponce de Leon Avenue
Decatur, GA 30030
(404) 373-1800 (office)
(404) 373-6999 (fax)
roger@OrlandoFirm.com

*Local Counsel for Plaintiff*

2